IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00248-EWN-MEH

MARTINO WIDJAJA,

    Plaintiff,

vs.

R. JAMES NICHOLSON, Secretary, Department of Veterans Affairs,

    Defendant.

---

ORDER DIRECTING FURTHER BRIEFING

---

This matter is before the Court on Defendant's Motion to Dismiss (Docket #6). This matter has been referred under a Memorandum referring the Motion to Magistrate Judge, filed on April 14, 2006. In order to adjudicate this Motion, the Court requires further briefing on two issues:

(1)     Is medical treatment at a Department of Veterans Affairs Medical Center (DVAMC) part of an employee's compensation, terms, conditions, or privileges of employment as that term is used in 42 U.S.C. § 2000e-2(a)(1)?

(2)     Does the Department of Veterans Affairs, by policy *or* practice, afford its employees medical treatment at a DVAMC in their capacity as employees, as opposed to their capacity as veterans?

The Court directs any briefing on these issues by either party be filed on or before the close of business on August 4, 2006.

Dated at Denver, Colorado, this 24th day of July, 2006.

                              BY THE COURT:
                              s/ Michael E. Hegarty
                              Michael E. Hegarty
                              United States Magistrate Judge