IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00248-EWN-MEH

MARTINO WIDJAJA,

    Plaintiff,

vs.

R. JAMES NICHOLSON, Secretary, Department of Veterans Affairs,

    Defendant.

## ORDER ON DEFENDANT'S MOTION TO STAY

    This matter is before the Court on Defendant's Motion to Stay Discovery (Docket #11). This matter has been referred under a Memorandum referring the Motion to Magistrate Judge, filed on May 15, 2006. Plaintiff did not respond to the Motion to Stay. Defendant argues that his pending Motions to Dismiss raise issues of sovereign immunity and the Court's subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(1), as well as allegations that the Complaint fails to state a claim, brought under Fed. R. Civ. P. 12(b)(6). In addition to these bases, the Court has sufficiently serious concerns about the Complaint in this action to warrant a brief stay of discovery so that the issues concerning Defendant's Motions to Dismiss can be determined.

    Therefore, the Court **grants** the Motion to Stay Discovery (Docket #11) until further order of the Court.

    Dated at Denver, Colorado, this 24th day of July, 2006.

                                    BY THE COURT:

                                    s/ Michael E. Hegarty
                                    Michael E. Hegarty
                                    United States Magistrate Judge