IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00248-EWN-MEH

MARTINO WIDJAJA,

    Plaintiff,

v.

R. JAMES NICOLSON, Secretary,
Department of Veterans Affairs Agency,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 31, 2006.**

    For good cause shown, and upon agreement of the parties, the Unopposed Motion to Vacate Preliminary Pretrial Conference [Filed July 25, 2006; Docket #23] is **granted**.  The Preliminary Pretrial Conference scheduled in this matter for August 8, 2006, at 9:45 a.m., is hereby **cancelled.**