IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00248-EWN-MEH

MARTINO WIDJAJA,

    Plaintiff,

vs.

R. JAMES NICHOLSON, Secretary, Department of Veterans Affairs,

    Defendant.

## ORDER PERMITTING PLAINTIFF TO RESPOND TO DEFENDANT'S SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION TO DISMISS CLAIM TWO, AND NOTICE OF CONVERSION TO SUMMARY JUDGMENT

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

After initially considering the parties' briefs concerning Defendant's Motion to Dismiss Claim Two of Complaint for Lack of Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(1), the Court invited the parties to submit supplemental briefs concerning Plaintiff's entitlement to receive medical treatment at the Department of Veterans Affairs Medical Center. [Docket #21]. Defendant submitted a supplemental brief which attached a declaration and some of the DVAMC's policies. Because the material submitted by Defendant may be used by the Court in its decision and may be considered under a Fed. R. Civ. P. 12(b)(6) analysis as to Claim Two, it is proper to inform the parties that this may convert the motion to dismiss into a motion for summary judgment. *See David v. City & County of Denver*, 101 F.3d 1344, 1352 (10th Cir. 1996). Therefore, either party may submit any additional briefing on the Motion to Dismiss Claim Two or the possibility of the Court converting the Motion to Dismiss to a Motion for Summary Judgment, and in such additional briefing, the Plaintiff may

respond to the materials submitted by the Defendant.  It is ORDERED that any additional briefing must be submitted by **August 18, 2006**.

Dated at Denver, Colorado, this 9th day of August, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge