IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00248–EWN–MEH

MARTINO WIDJAJA,

    Plaintiff,

v.

R. JAMES NICHOLSON, Secretary,
Department of Veterans Affairs Agency,

    Defendant.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation on Plaintiff's Motion for Injunction" filed July 26, 2006. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Plaintiff's Motion for Injunction [#16] is DENIED.

DATED this 12th day of September, 2005.

                                                BY THE COURT:

                                                <u>s/ Edward W. Nottingham</u>
                                                EDWARD W. NOTTINGHAM
                                                United States District Judge