IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00248–EWN–MEH

MARTINO WIDJAJA,

    Plaintiff,

v.

R. JAMES NICHOLSON, Secretary,
Department of Veterans Affairs Agency,

    Defendant.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge for Dismissal of Action" filed August 23, 2006. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Defendants' Motion Dismiss Claim One Pursuant to Fed. R. Civ. P. 12(b)(6) [#7] is GRANTED.

3. Defendants' Motion to Dismiss for Lack of Jurisdiction Claim Two Pursuant to Fed. R. Civ. P. 12(b)(1) [#6] is converted to a motion for summary judgment because the record demonstrates there are no issues of material fact to be determined with regard to this claim, and the motion is GRANTED.

4. This action is dismissed in its entirety, with prejudice.

DATED this 4th day of October, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge