IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00248–EWN–MEH

MARTINO WIDJAJA,

     Plaintiff,

v.

R. JAMES NICHOLSON, Secretary,
Department of Veterans Affairs Agency,

     Defendant.

---

# ORDER

This matter is before the court on Plaintiff's motion to reopen the case (#38).  Final judgment dismissing the case with prejudice was entered on October 17, 2006.  Plaintiff has simply not stated a basis for reopening, and the court cannot imagine any.  The motion is DENIED.  Likewise, the appointment of counsel would be pointless in this context.  Thus Plaintiff's motion to appoint counsel (#37) is DENIED.

     SO ORDERED.

     Dated this 30th day of May, 2007.

          BY THE COURT:

          s/ Edward W. Nottingham
          EDWARD W. NOTTINGHAM
          United States District Judge